Copyright Infringement Notice
January 31, 2022
Page 4 of 14

# EXHIBIT "B"





Copyright Infringement Notice
January 31, 2022
Page 5 of 14



Copyright Infringement Notice
January 31, 2022
Page 6 of 14



Copyright Infringement Notice
January 31, 2022
Page 7 of 14



Copyright Infringement Notice
January 31, 2022
Page 8 of 14



Copyright Infringement Notice
January 31, 2022
Page 9 of 14



Copyright Infringement Notice
January 31, 2022
Page 10 of 14



Copyright Infringement Notice
January 31, 2022
Page 11 of 14



Copyright Infringement Notice
January 31, 2022
Page 12 of 14

