# EXHIBIT "C"



rockfrontranchhoney.com

# 100% Pure & Raw

**ACTIVE POLLENS • PROBIOTICS • POLYPHENOLS**
**ANTIBACTERIAL • ANTIVIRAL • DELICIOUS!**

Where to Buy

© 2022 Rock Front Ranch, PO Box 1788, Santa Maria, CA 93456 | 805-303-1583 | rockfrontranchhoney@gmail.com