Steven C. Vondran, Esq. [SBN 232337]
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
401 Wilshire Blvd, 12th Floor
Santa Monica, California 90401
Telephone: (877) 276-5084
Facsimile: (888) 551-2252
E-mail: steve@vondranlegal.com

Attorney for Plaintiff: *DR. ELLIOT MCGUCKEN*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. ELLIOT MCGUCKEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALISHA TAFF, an individual, ROCK FRONT RANCH, a Limited Liability Company, and DOES 1-10 inclusive<br><br>Defendant(s) | Case No. 2:22-CV-01805-PA (AFMx)<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, PLEASE TAKE NOTICE that the parties have reached an agreement in this matter and expect to file a stipulated dismissal with prejudice within the next 7 days.

1

NOTICE OF SETTLEMENT

RESPECTFULLY SUBMITTED

DATED this 20th day of June 2022

          By:  /s/ Steven C. Vondran, Esq.
                Steven C. Vondran, [SBN 232337]
                ATTORNEY FOR PLAINTIFF
                DR. ELLIOT MCGUCKEN
                401 Wilshire Blvd, 12th Floor
                Santa Monica, California 90401
                Telephone: (877) 276-5084
                E-mail: steve@vondranlegal.com