Steven C. Vondran, Esq. [SBN 232337]
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
401 Wilshire Blvd, 12th Floor
Santa Monica, California 90401
Telephone: (877) 276-5084
Facsimile: (888) 551-2252
E-mail: steve@vondranlegal.com

Attorney for Plaintiff: *DR. ELLIOT MCGUCKEN*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ELLIOT MCGUCKEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALISHA TAFF, an individual, ROCK FRONT RANCH, a Limited Liability Company, and DOES 1-10 inclusive<br><br>Defendant(s) | Case No. 2:22-CV-01805-PA (AFMx)<br><br>**PLAINTIFF'S NOTICE OF DISMISAL WITH PREDUDICE** |

Pursuant to Federal Rule of Civil Procedure Plaintiff Dr. Elliot McGucken, gives notice that its claims in the action againt Defendant ROCK FRONT RANCH AND ALISHA TAFF are voluntarily dismiss with prejudice, as to all parties and all causes of action.  Each party to bear its own cost.

RESPECTFULLY SUBMITTED

DATED this 21th day of June 2022

By: /s/ Steven C. Vondran, Esq.
Steven C. Vondran, [SBN 232337]
ATTORNEY FOR PLAINTIFF
DR. ELLIOT MCGUCKEN
401 Wilshire Blvd, 12th Floor
Santa Monica, California 90401
Telephone: (877) 276-5084
E-mail: steve@vondranlegal.com